

## Court of Appeals
### of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

**Bessie M. Decker**
Clerk

Terry L. Ruffatto
Chief Deputy

Melissa Higdon
Carol A. Greenstein
Doneice Burnette
Kisha Taylor-Wallace
Deputies

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

Lori Lewis
Administrative Support

### N O T I C E

June 5, 2015

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated June 5, 2015

**BRYNEE KYONNE BAYLOR**

1005 Willowleaf Way
Potomac, Maryland 20854

has been disbarred by consent, effective immediately, from the further practice of law in this State, and her name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-772(d)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this fifth day of June, 2015.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554